[No. 25727-1-II. Division Two. June 7, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY JOHN ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-04116-3, Frederick W. Fleming, J., entered February 11, 2000. *Reversed* by unpublished opinion per Hunt, C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 25906-1-II. Division Two. June 7, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO AGUILAR-ALMANTE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-01043-1, Randolph Furman, J., entered April 20, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Morgan, J.

[No. 26144-8-II. Division Two. June 7, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN ANTHONY CRUTE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04817-4, Frederick B. Hayes, J., entered June 2, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 26629-6-II. Division Two. June 7, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL GREGORY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00939-1, Frederick B. Hayes, J., entered November 3, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.